IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT EARL CLAYBORNE JR., | ) | 8:15CV198 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT FRAKES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that Defendants' motion to extend progression order (Filing No. 47) is granted, as follows:

    Paragraph 4 of the Order Setting Schedule for Progression of Case (Filing No. 29) is amended to provide that all dispositive motions shall be filed on or before August 15, 2016.

    DATED this 12th day of July, 2016.

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Senior United States District Judge