IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT EARL CLAYBORNE JR., | ) | 8:15CV198 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SCOTT FRAKES, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

JUDGMENT IS ENTERED providing that Plaintiff's action is dismissed with prejudice, and Plaintiff shall take nothing from Defendants.

**Plaintiff is hereby notified that the filing of a notice of appeal will make him liable for payment of the full $505.00 appellate filing fee regardless of the outcome of the appeal.** This is because the Prison Litigation Reform Act requires an incarcerated civil appellant to pay the full amount of the $505.00 appellate filing fee by making monthly payments to the court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b). By filing a notice of appeal, Plaintiff will be consenting to the deduction of the $505.00 filing fee from his prison account by prison officials.

October 27, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge