IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT EARL CLAYBORNE JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV198 |
| | ) | |
| v. | ) | |
| | ) | |
| TECUMSEH DEPARTMENT OF CORRECTIONS, an agency of the State, SCOTT FRANKS, Director of the Nebraska Corrections Dept., all defendants being sued in their official and individual capacity, BRIAN GAGE, Warden of the Tecumseh Corrections Dept., all defendants being sued in their official and individual capacity, GUTHRIE, Case worker with the Tecumseh Correction Dept., all defendants being sued in their official and individual capacity, TOMPKINS, Case worker with the Tecumseh Corrections Dept., all defendants being sued in their official and individual capacity, KEITH BROADFOOT, Unit Manager, Tecumseh Corrections Department, all defendants being sued in their official and individual capacity, SHERMAN, Unit Administrator, Tecumseh Corrections Department, all defendants being sued in their official and individual capacity, and CROP, Officer, with the Tecumseh Corrections Dept., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Plaintiff filed a Notice of Appeal (Filing No. 82) on July 20, 2018. However, Plaintiff failed to include the $505.00 filing and

docket fees. Plaintiff has the choice of either submitting the $505.00 filing and docket fees to the clerk's office or submitting a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $505.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: August 31, 2018: Check for MIFP or payment.

DATED this 1st day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge